**Order entered May 19, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00325-CV

**VETERINARY SPECIALISTS OF NORTH TEXAS, PLLC, AND DR. DEREK BURNEY, Appellants**

**V.**

**DR. GLEN KING, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-12568**

## ORDER

Before the Court is court reporter Gina M. Udall's May 17, 2021 request for an extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** the record be filed no later than June 16, 2021. Because this is an accelerated appeal, we caution that further extension requests will not be granted absent exigent circumstances.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE